AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| GRACYN DAWN COURTRIGHT | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 18 U.S.C. 1752 (a)(2) | Knowingly Engages in Disorderly or Disruptive Conduct in any Restricted Building or Grounds |
| 40 U.S.C. 5104(e)(2)(D), (G) | Violent Entry and Disorderly Conduct on Capitol Grounds |
| 18 U.S.C. 641 | Theft of Government Property (under $1,000) |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Mariam Hanna--Special Agent (FBI)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/16/2021

2021.01.16 12:50:38 -05'00'
*Judge's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| GRACYN DAWN COURTRIGHT | ) Case No. |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* GRACYN DAWN COURTRIGHT,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1), (a)(2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Knowingly Engages in Disorderly or Disruptive Conduct in any Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D) and (G)- Violent Entry and Disorderly Conduct on Capitol Grounds
18 U.S.C. 641- Theft of Government Property (under $1,000)

Date: 01/16/2021

2021.01.16 12:44:33 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## AND ARREST WARRANT

I, Mariam Hanna, being first duly sworn, hereby depose and state as follows:

### PURPOSE OF THE AFFIDAVIT

1. This Affidavit is submitted in support of a Criminal complaint for Gracyn COURTRIGHT (hereinafter "COURTRIGHT") with a violation of 18 U.S.C. § 1752(a)(1) and (2); 40 U.S.C. §§ 5104(e)(2)(D) and (G); and 18 U.S.C. § 641.

### BACKGROUND OF AFFIANT

2. I have been a Special agent with the Federal Bureau of Investigation ("FBI") since January 2019. I am assigned to the Washington Field Office, Counterintelligence Division, where I investigate a variety of crimes related to counterintelligence, including, but not limited to, the illegal use and transfer from the United States of commodities, information, and services to foreign adversaries. I have participated in all aspects of counterintelligence investigations and have training and experience in matters pertaining to physical surveillance, interviews and interrogations, evidence recovery, electronic surveillance, and operations of confidential human sources and undercover employees. I am currently tasked with investigating criminal activity in and around the Capitol grounds.

3. Unless otherwise stated, the information in this Affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, and reports. Because this Affidavit is submitted for the limited purpose of establishing probable cause to support an application for an arrest warrant, it does not contain every fact known by me or the United States. The dates listed in this Affidavit should be read as "on or about" dates.

## STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

4. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

5. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

6. As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

7. At such time, the certification proceedings still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly

after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

8. Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

9. During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

10. Following this incident, the FBI reviewed screenshots from an Instagram account under the account name @gracyn_dawn. This account name is consistent with COURTRIGHT's first and middle name. This account has since been deleted, so your affiant was unable to view the photographs on the Instagram page. However, the photographs that were posted were captured and provided to law enforcement via screenshots.

11. These screenshots appear to be photos taken on January 6, 2021 in Washington, D.C. and outside the Capitol. They are tagged with the location "Washington, D.C. Capital [sic] City." As seen in photos below, an individual later identified as COURTRIGHT is wearing a beanie-style hat with a yellow band, a black puffer-style jacket, a black shirt over a pink shirt, black pants, light pink socks, and a black fanny pack. Your affiant has viewed COURTRIGHT's

West Virginia driver's license photo and the driver's license photograph issued to COURTRIGHT and the images below bear significant physical similarities, including hair color and facial structure, specifically dimples on both sides of the face.







12.     Another photograph posted to the Instagram account on or about January 6-7, 2021, shortly before her account was deactivated, also show COURTRIGHT with the quote "Infamy is just as good as fame. Either way I end up more known. XOXO."



13. The FBI was also provided with screenshots of a private or "direct message" between COURTRIGHT and Witness 1 (W1) on Instagram. After viewing a video of COURTRIGHT chanting through the halls of the Capitol, W1 messaged COURTRIGHT to ask if she was there. COURTRIGHT responded that she walked into "the chamber like the senate where

7

desks are [sic]" and that she "took pictures all in the building."







14.     In additional to the posts on Instagram, the FBI also reviewed photos and videos posted to a Twitter account with an account name of "gracyn_forever." The account name is

10

consistent with COURTRIGHT's first name. As with the Instagram account, this account has since been deleted, so your affiant was unable to view the photographs or videos on Twitter. However, photographs and videos posted on the account were captured and provided to law enforcement. Screenshots from these videos are below. These videos appear to be filmed by COURTRIGHT, and at one point she turns the camera towards herself and the yellow band of the hat depicted above is clearly visible. One video shows her with a crowd inside the Capitol chanting "USA." Another video shows her and others approaching a line of law enforcement officers inside the Capitol chanting "whose house, our house."



11







15. Additionally, a photo published by the Washington Post (attached below) appears to show COURTRIGHT in a crowd that initially clashed with police in the halls of the Capitol. The FBI has determined that the video COURTRIGHT had personally taken and posted was taken during approximately the same time that this photo was captured. COURTRIGHT can be identified by her unique hat with the yellow band, the surrounding people, flag, and building architecture (all of which can be seen in both this picture and her personally captured video).



16. Capitol Police reviewed surveillance footage from January 6, 2021, located COURTRIGHT, and provided the footage to your affiant. COURTRIGHT was seen entering the Capitol building via a door near the West Senate Stairs at 14:42. This is the same hallway depicted in the photos and videos provided to law enforcement. At 15:01 COURTRIGHT was seen on the second floor, walking up the steps near the Senate Chamber and room S214 carrying a "Members Only" sign (photo below). She was not seen entering the Senate Chamber. A few minutes later, at

15

15:05, she was seen on the second floor near S208. At this point, a law enforcement officer takes the "Members Only" sign away from her. COURTRIGHT leaves the building through the North Door at 15:06.





17. On January 10, 2021, the FBI found a University of Kentucky news article on kykernal.com titled *"'Infamy is just as good as fame': UK student among crowd that mobbed Capitol building,"* which detailed her involvement in the riots. COURTRIGHT is a senior at the University of Kentucky.

18. On January, 12, 2021, an FBI Agent telephonically interviewed COURTRIGHT's father, who indicated she was staying with him at his home in West Virginia. He acknowledged her involvement in the Capitol riots, and stated that she would cooperate with law enforcement.

19. On January 14, 2021, FBI Special Agents went to COURTRIGHT's father's address to interview COURTRIGHT. COURTRIGHT's father indicated that he did not feel comfortable allowing COURTRIGHT to give a statement unless she was notified she would not get in trouble for her actions.[1] However, he told the FBI that COURTRIGHT traveled to Washington, DC, to be at "the party" and stayed with friends from high school who live in the DC area. According to her father, she was in the front of the crowd during President Donald TRUMP's speech. Her father further stated that she made it to the Capitol an hour after TRUMP gave his speech, and she did not remember which side of the Capitol she was on when she entered the building. Her father stated that she had recalled walking up a ramp prior to entering the Capitol and was able to walk in. The father concluded by stating that if his daughter was charged with a crime, he would assist in ensuring she turned herself in to authorities.

20. Based on the foregoing, your affiant submits there is probable cause to believe that COURTRIGHT violated Title 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do

---

[1] COURTRIGHT's father represented that he was a lawyer, but was not COURTRIGHT'S criminal attorney, and that if she was charged with anything, a separate attorney would be hired for her.

17

so; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance. Your affiant also submits there is probable cause to believe that COURTRIGHT violated 40 U.S.C. § 5104(e)(2)(D), which makes it a crime to utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress; and 40 U.S.C. § 5104(e)(2)(G) which makes it a crime to parade, demonstrate, or picket in any of the Capitol Buildings. Finally, your affiant submits there is also probable cause that COURTRIGHT violated 18 U.S.C. § 641 (under $1000.00) by stealing or knowingly converting to her use, or conveying, without authority, a thing of value of the United States, that is a "Members Only" sign.

MARIAM HANNA
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 16th day of January 2021.

2021.01.16
12:46:50 -05'00'

ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE