# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.     SD/WV Case No: 2:21-mj-00009
       Charging District:
       District of Columbia
       Case No.: 1:21-mj-00082-ZMF

**GRACYN DAWN COURTRIGHT**

## O R D E R

The Court has scheduled a hearing in this matter to be conducted on **January 19, 2021 at 3:00 p.m.** In accordance with the current recommendations by public health authorities to minimize all in-person contacts during the current national emergency, the courthouses in the Southern District of West Virginia are restricted to the general public. Mindful of the presumption of openness that accompanies courtroom proceedings, the Court has confirmed that **members of the public, media and interested parties** will be able to access the hearing electronically. To make use of this technology, use one of the following methods:

Click to join: https://join.uc.uscourts.gov/invited.sf?secret=62LOiIi2gy33s7jApu6ECA&id=794610427

Or call in:
- Video system, Jabber or Lync: wvsdcha5400pub@uc.uscourts.gov
- Phone: 5713532300, then enter 794610427

Persons using remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. [See Local Rule Civ. P. 83.10 or Local Rule Crim. P. 53.1] Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted

entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

    **ENTERED:   January 19, 2021**

_____
Dwane L. Tinsley
United States Magistrate Judge