# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  **Case No.:** 2:21-mj-00009 & 1:21-mj-00082 District of Columbia
**Type:** Initial Appearance on Complaint

**Caption:** USA v. Gracyn Dawn Courtright  **Judge:** Judge Tinsley

**Started:** 1/19/2021 3:01:44 PM
**Ends:** 1/19/2021 3:20:23 PM  **Length:** 00:18:40

Judge Dwane L. Tinsley
Courtroom Deputy: Kim Begovich
Defendant: Gracyn Dawn Courtright
Assistant U.S. Attorney: Kathleen Robeson
Assistant Federal Public Defender: Rhett H. Johnson
Probation Officer: Kachine Jonese
Court Reporter: CourtSmart

**INITIAL APPEARANCE - WARRANT OF REMOVAL (OUT OF DISTRICT WARRANT)**

| Time | Event |
|---|---|
| 3:02:46 PM | Judge Dwane L. Tinsley |
| 3:04:21 PM | Case called (for both districts), noted appearances of counsel, and the person named in the warrant is present in courtroom |
| 3:05:38 PM | Does the person before the Court wish to have an Identity hearing to determine if she is the person named in the charging document and warrant? |
| 3:06:03 PM | No Identity Hearing necessary - the defendant will waive the ID hearing and admits she is the person named in the warrant and charging document |
| 3:06:15 PM | Stated rights of defendant and defendant acknowledged these rights |
| 3:06:20 PM | Defendant stated name on the record |
| 3:06:42 PM | Reviewed financial affidavit and defendant does qualify for court-appointed counsel |
| 3:06:54 PM | Ordered the appointment of the Office of the FPD for purposes of proceedings in this district only |
| 3:07:20 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 3:07:45 PM | Stated violation(s) in charging document and possible penalties |
| 3:08:54 PM | You have the right to a preliminary hearing. |
| 3:09:30 PM | Defendant can waive the right to a preliminary hearing, but should consult with counsel before making that decision |
| 3:09:37 PM | Defendant wishes to waive preliminary hearing and has signed the written waiver. |
| 3:09:55 PM | The waiver has been signed by the defendant and witnessed by counsel and will be filed with the Clerk |
| 3:10:24 PM | Due Process Protections Act of 2020 |
| 3:11:08 PM | Rule 5 waiver will be filed |
| 3:11:26 PM | Assistant U.S. Attorney: Kathleen Robeson |
| 3:11:29 PM | United States is not requesting detention |
| 3:11:47 PM | The Court has received an oral report from Pretrial Services regarding the release of the defendant. |
| 3:11:51 PM | Ordered the defendant released on a $10,000 unsecured appearance bond with order setting conditions of release |
| 3:12:28 PM | If you fail to abide by the conditions of release, your bond will be revoked and you will be prosecuted on additional charges |
| 3:19:57 PM | Anything else counsel wishes to address? |
| 3:20:03 PM | Hearing Adjourned |