# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

**V.**  Criminal No. 2:21-mj-00009

Charging District's
Case No. 1:21-mj-000082

**GRACYN DAWN COURTRIGHT**

## DUE PROCESS PROTECTIONS ACT ORDER
## TO ALL COUNSEL REGARDING *BRADY* OBLIGATIONS

Pursuant to the Due Process Protections Act of 2020, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny and **ORDERS** it to do so. Failing to do so in a timely manner may result in consequences, including but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**ENTER:**  January 20, 2021

Dwane L. Tinsley
United States Magistrate Judge