AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia


FILED
JAN 21 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

United States of America
v.
GRACYN DAWN COURTRIGHT           )
                                 )   Case No.
                                 )
                                 )
                                 )
                                 )
         *Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  GRACYN DAWN COURTRIGHT                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1), (a)(2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Knowingly Engages in Disorderly or Disruptive Conduct in any Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D) and (G)- Violent Entry and Disorderly Conduct on Capitol Grounds
18 U.S.C. 641- Theft of Government Property (under $1,000)

Date: 01/16/2021                                           2021.01.16
                                                           12:44:33 -05'00'
                                                    *Issuing officer's signature*

City and state:  Washington, DC                     ZIA M. FARUQUI, U.S. Magistrate Judge
                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/19/2021 , and the person was arrested on *(date)* 1/19/2021
at *(city and state)* Charleston, WV                  .

Date: 1/19/2021
                                                    *Arresting officer's signature*

                                                    Georgia Marshall, Special Agent
                                                    *Printed name and title*